ACCEPTED
06-15-00085-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/25/2015 12:19:36 PM
DEBBIE AUTREY
CLERK

# BRANDI STOKES, P.C.

*Attorney at Law*

---

P.O. Box 301916
Austin, Texas 78703

(512) 206-0202
Facsimile: (512) 519-2013

brandi.stokes@gmail.com

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/25/2015 12:19:36 PM
DEBBIE AUTREY
Clerk

November 25, 2015

Court of Appeals, Sixth Appellate District, State of Texas
ATTN: Debra K. Autrey, Clerk (DELIVERED VIA EMAIL)
100 North State Line Avenue #20
Texarkana, Texas 75501

Re:     Appellate Case number:     06-15-00085-CV
        Trial Court Case Number:    D-1-FM-10-003078

Dear Ms. Autrey:

It is anticipated that the final order in this case will be signed no later than **December 9, 2015**. I will have all necessary documents pre-drafted and filed by the end of the day on December 9, 2015, to ensure that this appeal is not delayed any further.

This case involves significant civil rights, and there are multiple points of error in this case that could have a broad impact. Therefore, I believe that good cause exists for patience in this matter.

For the foregoing reasons, I respectfully request that you hold the appeal open as long as is necessary for the trial court to sign the final order and to order the trial court to sign the order should any further delay occur in this case.

Sincerely,

Brandi Stokes

Brandi Stokes

cc: Billy Ray Stubblefield, Administrative Judge (DELIVERED VIA E-MAIL)
Susannah A. Stinson (DELIVERED VIA E-MAIL)
Robert B. Luther (DELIVERED VIA E-MAIL)
Samuel E. Bassett (DELIVERED VIA E-MAIL)
Hon. Tim Sulak, Judge Presiding (DELIVERED VIA E-MAIL)
Velva L. Price, District Clerk (DELIVERED VIA E-MAIL)